FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy    DEPUTY

ENTER / JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ANTHONY BLOUNT,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN BITER, WARDEN, et al.,<br><br>    Respondent. | Case No. SACV 11-01936 VBF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed without prejudice for the reasons set forth in the Court's concurrently filed Order.

Dated: February 29, 2012

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY